

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00029-CV

## IN THE INTEREST OF B.B., B.B., AND S.B., CHILDREN

**From the 278th District Court
Leon County, Texas
Trial Court No. 17-0491CV**

## ORDER

The motion to exceed the word count limit filed by the appellee on May 7, 2019 has been considered by the Court. The motion is granted. The Department of Family and Protective Service's brief with 1,717 words in excess of the 15,000 word limit has been filed. These excess words will be deducted from the authorized word limit of any future filing in this proceeding by the appellee.

The Court has noted that the brief filed by the appellee uses aliases that are different from those used by the appellant.[1] *See, generally*, Tex. R. App. P. 9.8(b). In all

---

[1] For the mother, father, and three children, the appellant used the aliases "Hannah," "Stephen," "Bart," "Brandon," and "Sam," respectively. For the same parties, for no apparent reason the appellee used the

future filings, if the use of aliases is necessary, the appellee is ordered to use the same

aliases as the appellant to avoid unnecessary confusion.[2]

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Motion granted
Order delivered and filed May 22, 2019



---

aliases "Hazel," "Sid," "Ben," "Bill," and "Seth," respectively.  None of these names are the actual names of the parents or children.  We see no justification for the appellee to unnecessarily complicate the briefing in this case by using different aliases.

[2] But for the severe time constraints within which this appeal must be concluded, the Court would strike the brief and order it redrawn using the aliases used by the appellant.